[No. 40123-8-I.    Division One.    February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN CLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02242-6, Norma Smith Huggins, J., entered, February 3, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40150-5-I.    Division One.    February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMO ASA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05033-1, Steven G. Scott, J., entered February 10, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40611-6-I.    Division One.    February 2, 1998.]

*In the Matter of the Sentence of* WILLIAM H. FRAME, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07357-8, John M. Darrah, J., entered May 2, 1997. *Reversed* by unpublished per curiam opinion.

[No. 15599-4-III.    Division Three.    February 3, 1998.]

*In the Matter of The Marriage of* LINDA J. BEUKE, *Appellant*, and MICHAEL D. BEUKE, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 88-3-00097-1, John M. Lyden, J., entered March 4, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.